# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LINDA CAULFIELD,**
Appellant,

v.

**PETER DAVIS** and **CHOICE MORTGAGE BANK, INC.,**
Appellees.

No. 4D21-509

[November 4, 2021]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Jackie Powell, Judge; L.T. Case Nos. 20-007261 COSO (61) and 20-018075 CACE (AP).

Scott M. Behren of Behren Law Firm, Weston, for appellant.

Michael W. Simon of Simon & Sigalos, LLP, Boca Raton, for appellee Choice Mortgage Bank, Inc.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***